# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MANUEL EMILIO VALENCIA-BECERRA<br>EDWIN JESUS CAICEDO-MOSQUERA<br>MIGUEL ANGEL TUFIÑO-PRECIADO<br><br>*Defendant(s)* | )<br>)<br>) Case No. 8:20MJ2078SPF<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 26, 2020__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506(a) and (b). | Conspiracy to possess with intent to distribute one thousand (1000) kilograms or more of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute one thousand (1000) kilograms or more of marijuana, while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Steven Paul Maurizio, Special Agent, DEA
*Printed name and title*

Sworn to before me over the telephone and signed pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 10/30/2020

*Judge's signature*

City and state: Tampa, Florida

ELIZABETH A. JENKINS, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Steven Paul Maurizio, being duly sworn, depose and state:

### Introduction and Agent Background

1. I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been employed by DEA since 2004. Since July 2017, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") investigation being conducted by the Federal Bureau of Investigation ("FBI"), Drug Enforcement Administration ("DEA"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), the Coast Guard Investigative Service ("CGIS"), the United States Coast Guard ("USCG"), and state and local law enforcement agencies. Special Agents assigned to Operation Panama Express currently investigate drug smuggling organizations that are responsible for the transportation of narcotics such as cocaine and marijuana through international waters of the Caribbean Sea and Pacific Ocean via maritime vessels to transshipment locations for later introduction and distribution into the United States.

2. I submit this affidavit in support of a criminal complaint charging MANUEL EMILIO VALENCIA-BECERRA, EDWIN JESUS CAICEDO-MOSQUERA, and MIGUEL ANGEL TUFIÑO-PRECIADO with Possessing and Conspiracy to Possess with Intent to Distribute one thousand (1000)

kilograms or more of marijuana, a Schedule I controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code Sections 70503 and 70506, and Title 21, United States Code, Section 960(b)(1)(G).

3. The averments contained in this Affidavit are based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included only those facts I believe are necessary to establish probable cause supporting the requested complaint.

**Probable Cause**

4. The United States Coast Guard ("USCG") has authority under 14 U.S.C. §522 (formerly codified at 14 U.S.C. § 89) to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

5. On October 26, 2020, while on routine patrol, a maritime patrol aircraft (MPA) detected a go fast vessel (GFV) operating approximately 108 nautical miles south of Azuero Peninsula, Panama in international waters. The MPA observed and recorded the men aboard the GFV jettisoning packages from the GFV.

6. The Coast Guard Cutter (CGC) DECISIVE was in the area and diverted to intercept. The CGC DECISIVE small boat gained positive control of the GFV and the embarked Coast Guard law enforcement boarding team conducted a right of visit (ROV) boarding to determine the nationality, if any of the subject vessel. MANUEL EMILIO VALENCIA-BECERRA, EDWIN JESUS CAICEDO-MOSQUERA, and MIGUEL ANGEL TUFIÑO-PRECIADO were the three (3) crew members of the subject GFV. The boarding team obtained national identification cards from all three (3) crewmembers and were able to verify the names of each crewmember. During the ROV boarding and in response to questioning by the Coast Guard boarding team, MANUEL EMILIO VALENCIA-BECERRA identified himself as the master of the vessel and made a verbal claim of Colombian nationality for the vessel.

7. Pursuant to the United States–Colombian Bilateral Agreement, the U.S. Coast Guard approached the Government of Colombia and requested confirmation of the registry and nationality of the subject GFV. The Colombian government responded that it could neither confirm nor deny the nationality of the subject vessel. Therefore and in accordance with 46 U.S.C. § 70502(c)(1)(A) and (d)(1)(C), the U.S. Coast Guard treated the subject GFV as one without nationality and therefore a vessel subject to the jurisdiction of the United States. At the time of interdiction by the Coast Guard, the subject GFV was seaward of the territorial seas of any nation and in international waters.

8. The boarding team recovered thirty-nine (39) packages, suspected of being contraband floating at sea from the jettison field left by GFV. The USCG boarding team conducted two (2) Narcotics Identification Kit Tests on one of the recovered packages. The results of both tests were positive for marijuana. The packages were weighed at sea by members of the USCG and the packages weighed two thousand seven hundred and twenty-eight (2,728) pounds.

9. Based upon the information contained in this affidavit, I believe there is probable cause to believe that MANUEL EMILIO VALENCIA-BECERRA, EDWIN JESUS CAICEDO-MOSQUERA, and MIGUEL ANGEL TUFINO-PRECIADO, knowingly and willfully possessed and conspired to possess, with the intent to distribute one thousand (1000) kilograms or more of marijuana, a Schedule I controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code Sections 70503 and 70506, and Title 21, United States Code, Section 960(b)((1)(G).

Steven P. Maurizio
Special Agent, DEA

Sworn to before me in Tampa, Florida
this ___ day of October 30, 2020.

THE HONORABLE ELIZABETH A. JENKINS
United States Magistrate Judge

4